IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CHARLES A. HOWARD,**

    Plaintiff,

v.        Case No: 3:11cv157/MCR/EMT

**RAYMOND E. MABUS,**

    Defendant.

_____/

## ORDER

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 29, 2011 (doc. 11). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a _de novo_ determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This action is **DISMISSED WITHOUT PREJUDICE** for Plaintiff's failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

    **DONE AND ORDERED** this 28th day of October, 2011.

s/ _M. Casey Rodgers_
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**